JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 675 -- In re Elscint Ltd. Securities Litigation

| Date | Pldg.# | Pleading Description |
|---|---|---|
| 85/11/13 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, EXHIBITS, CERT. OF SVC. -- All Plaintiffs (A-1 - A-6) -- SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF MASSACHUSETTS, SUGGESTED TRANSFEREE JUDGE: ? (rh) |
| 85/11/21 | 2 | RESPONSE -- (to pldg. #1) Elscint Ltd.; Avraham Suhami; Benjamin Saboah; Dan Tolkowsky; Uzia Galil; Richard L. Teberg; Moshe B. Gitter; Richard Rosenbloom; Meir Dvir; Pinhas Lahat; Maurice Arenson and Ernest Lubin -- w/cert. of svc. (rh) |
| 85/11/22 | | APPEARANCES: EDWARD A. GROSSMANN, ESQ. FOR HELLMARS RUDZITIS; ERIC L. KEISMAN FOR FRED SICHEL; STEPHEN R. STEINBERG, ESQ. FOR ELSCINT LTD., AVRAHAM SUHAMI, BENJAMIN SABOAH, DAN TOLKOWSKY, UZIA GALIL, RICHARD L. TERBERG, MOSHE B. GITTER, RICHARD ROSENBLOOM, MEIR DVIR, PINHAS LAHAT, MAURICE ARENSON, ERNEST LUBIN (rh) |
| 85/11/25 | | APPEARANCES: Harvey Greenfield, Esq. for Joel Kronfeld, et al.; Jules Brody, Esq. for Abraham Rudensky and Elliott Kurlander, et al. (rh) |
| 85/12/11 | | Hearing Order -- Setting motion to transfser for Panel Hearing on January 23, 1986 in Miami, Florida (rh) |
| 86/01/22 | | ALL PARTIES WAIVED ORAL ARGUMENT FOR HEARING ON January 23, 1986 (paa) |
| 86/01/22 | 3 | LETTER -- (dated 1/21/86) Regarding recent developments - filed by Defts. -- w/cert. of svc. (rh) |
| 86/01/22 | 4 | LETTER -- (dated 1/22/86) -- PLAINTIFFS -- re: recent developments and response to (Pldg. #3) w/svc.    rew |
| 86/02/19 | | CONSENT OF TRANSFEREE COURT -- Signed by Chief Judge Caffrey, D. Mass. for litigation to be transferred to D. Mass. pursuant to 28 U.S.C. §1407 and assigned to Judge Robert E. Keeton. (tmq) |
| 86/02/19 | | TRANSFER ORDER -- consolidating litigation to D. Mass. for assignment to J. Robert E. Keeton (A-1 through A-6). Notified transferee clerk, transferee judge, transferor clerks, transferor judge, hearing clerk, misc. recipients, and involved counsel. (tmq) |

JPML Form 1

Revised: 8/78

DOCKET NO. 675 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ELSCINT LTD SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/23/86   n | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 2/19/86 | TO | unpublished | D. Mass | Robert E. Keeton | |

Special Transferee Information

DATE CLOSED: 2/2/89

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 675 -- In re Elscint Ltd. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ira HHG Custodian, et al. v. Elscint Ltd., et al. | Mass. Keeton | 85-2622-K | | | 2/2/89 D | |
| A-2 | John Murin v. Elscint Ltd., et al. | Mass. Keeton | 85-2883-K | | | 2/2/89 D | |
| A-3 | Joel Kronfeld, et al. v. Elscint Ltd., et al. | Mass. Keeton | 85-2884-K | | | 2/2/89 D | |
| A-4 | Abraham Rudensky v. Elscint Ltd., et al. | N.Y.,E. McLaughlin | CV-85-2550 | 2/19/86 | 88-1220 K | 2/2/89 D | |
| A-5 | Fred Sichel v. Elscint Ltd., et al. | N.Y.,S. Weinfeld | 85-Civ-4740 (EW) | 2/19/86 | 88-1218 K | 2/2/89 D | |
| A-6 | Hellmars Rudzitis v. Elscint Ltd., et al. | N.Y.,S. Weinfeld | 85-Civ-6359 (EW) | 2/19/86 | 88-1219 K | 2/2/89 D | |

July 1989 - Docket Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 675  --  In re Elscint Ltd. Securities Litigation

---

IRA HHG CUSTODIAN, ET AL. (A-1)
ABRAHAM RUDENSKY (A-4)
Jules Brody, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, New York   10017


JOHN MURIN (A-2) (No App. rec'd)
Abbey & Ellis,
212 East 39th Street
New York, New York   10016


JOEL KRONFELD, ET AL. (A-3)
Harvey Greenfield, Esq
300 Madison Avenue
Fifteenth Avenue
New York, New York   10017


FRED SICHEL (A-5)
Eric L. Keisman, Esq.
Wolf, Popper, Ross, Wolf
  & Jones
845 Third Avenue
New York, New York   10022


HELLMARS RUDZITIS (A-6)
Edward A. Grossmann, Esq.
Bernstein, Litowitz, Berger
  & Grossmann
875 Third Avenue
New York, New York   10022


ELSCINT LTD.
AVRAHAM SUHAMI
BENJAMIN SABOAH
DAN TOLKOWSKY
UZIA GALIL
RICHARD L. TEBERG
MOSHE B. GITTER
RICHARD ROSENBLOOM
MEIR DVIR
PINHAS LAHAT
MAURICE ARENSON
ERNEST LUBIN
Stephen R. Steinberg, Esq.
Reavis & McGrath
345 Park Avenue
New York, New York   10154

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 675 -- In re Elscint Ltd. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Elscint Ltd. | A-1, A-2, A-3, A-4, A-5, A-6 |
| Avraham Suhami | A-1, A-2, A-3, A-4, A-5, A-6 |
| Benjamin Saboah | A-5, A-6 |
| Dan Tolkowsky | A-5, A-6 |
| Uzia Galil | A-5, A-6 |
| Richard L. Teberg | A-5, A-6 |
| Moshe B. Gitter | A-5, A-6 |
| Richard Rosenbloom | A-5, A-6 |
| Meir Dvir | A-5 |
| Pinhas Lahat | A-5 |
| Maurice Arenson | A-5 |

p. 2

| | |
|---|---|
| Ernest Lubin | A-6 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

p. 2