DOCKET NO. 675

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ELSCINT LTD. SECURITIES LITIGATION

TRANSFER ORDER*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION FILED FEB 19 1986 PATRICIA D. HOWARD CLERK OF THE PANEL

This litigation consists of six actions pending in three federal districts: three actions in the District of Massachusetts, two actions in the Southern District of New York and one action in the Eastern District of New York. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the Massachusetts plaintiffs to transfer the New York actions to the District of Massachusetts for coordinated or consolidated pretrial proceedings with the three actions pending there. No responding party opposes Section 1407 centralization.

On the basis of the papers filed 1/, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the District of Massachusetts will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions arise from alleged securities law violations by defendants in the dissemination of materially false and misleading statements relating to Elscint, Inc.'s (Elscint) financial condition during fiscal year 1985. Centralization under Section 1407 is desirable in order to avoid duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the District of Massachusetts is the appropriate transferee forum. We note that 1) Elscint's wholly-owned marketing and distribution subsidiary is located in Boston, Massachusetts; and 2) three of the six actions in the litigation are currently pending in the Massachusetts forum.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Massachusetts be, and the same hereby are, transferred to the District of Massachusetts and, with the consent of that court, assigned to the Honorable Robert E. Keeton for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

*   Judge Fred Daugherty took no part in the decision of this matter.

1/   The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

<u>MDL-675 -- In re Elscint Ltd. Securities Litigation</u>

<u>Eastern District of New York</u>

<u>Abraham Rudensky v. Elscint Ltd., et al.</u>, C.A. No. CV-85-2550

<u>Southern District of New York</u>

<u>Fred Sichel v. Elscint Ltd., et al.</u>, C.A. No. 85-Civ-4740(EW)

<u>Hellmars Rudzitis v. Elscint Ltd., et al.</u>, C.A. No. 85-Civ-6359(EW)

<u>District of Massachusetts</u>

<u>Ira HHG Custodian, et al. v. Elscint Ltd., et al.</u>, C.A. No. 85-2622-K

<u>John Murin v. Elscint Ltd., et al.</u>, C.A. No. 85-2883-K

<u>Joel Kronfeld, et al. v. Elscint Ltd., et al.</u>, C.A. No. 85-2884-K